

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00048-CR

SHANNA DELAINE GLUCK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1
Hunt County, Texas
Trial Court No. CR1400939

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Shanna Delaine Gluck, appellant, has filed a motion to dismiss her appeal. The motion was signed by both Gluck and her counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:    March 16, 2015
Date Decided:    March 17, 2015

Do Not Publish